**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| **JEFFREY LILLY, et al** | * | |
| Plaintiffs | * | |
| v. | * | Case No.: 1:22-CV-02752 |
| **BALTIMORE CITY POLICE** **DEPARTMENT, et al.** | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANTS ROBERT SMITH AND DELPHINE SMITH'S**
**ANSWER TO AMENDED COMPLAINT**

Come Now Defendants Robert Smith and Delphine Smith ("Defendants" or "Smith Defendants") by and through undersigned counsel and in Answer to the Amended Complaint state the following:

**GENERAL DENIAL**

The Defendant did not commit the wrongs alleged and denies liability generally.

**SPECIFIC DENIAL**

The Defendants specifically denies the allegations contained in Counts 3,4,5,6,8,10 and 11 and demand strict proof thereof.

**AFFIRMATIVE DEFENSES**

1.    Plaintiff was not a resident of Defendant's property as alleged in the Complaint.

2.    Plaintiffs have failed to state a claim upon which relief may be granted.

3.      Accord and satisfaction.

4.      Collateral estoppel.

5.      Release.

6.      Res judicata.

7.      Plaintiffs' claims are barred by the applicable statute of limitations.

Wherefore Defendants prays that the Plaintiff's cause be dismissed; and for costs.

Respectfully submitted,

_____/s/_____
Randall J. Craig, Esq (Bar No. 05424)
Craig Law Group
711 Saint Paul Street
Baltimore, MD 21202
Telephone: (410) 727-0406
Facsimile: (410) 727-0466
rjcraig2@craiglawyers.com
*Attorneys for Smith Defendants*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 30th day of January 2023, a copy of the foregoing, Defendants Answer, was served, on all counsel of record, electronically, via this Court's CM/ECF e-filing system.

_____/s/_____
Randall J. Craig, Esq (Bar No. 05424)