# Exhibit 7

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

Human Resources Order: 991-2022

Date: August 3, 2022

Subject: Personnel Action

**Promotions Effective August 7, 2022**

| Name | Rank | Seq.# | From | To |
|---|---|---|---|---|
| Blue, Lekeshia | Captain | G659 | PIB | Remain in PIB |
| Colon, Alberto | Captain | H996 | SIS | RHS |
| Jenkins, Arnold | Captain | J025 | ACS | ED |
| Popp, Daniel | Captain | F980 | PIB | DCO |
| White, Alicia | Captain | I841 | Compliance/PSS | Remain in Compliance/PSS |
| Morgan, Sean | Sergeant | J315 | NED | SWD |
| Biondo, Vincent | Sergeant | J752 | CD/DDU | SWD |
| Mobley, Adrian | Sergeant | J767 | WD | SED |

**Transfer Effective August 7, 2022**

| Name | Rank | Seq.# | From | To |
|---|---|---|---|---|
| Merino, Christopher | Captain | H544 | ED | SWAT |
| Klado, Gary | Sgt | J285 | SWD | WD/DAT |

**28 Days Detail Extended Effective: Sunday, August 7, 2022**

| Name | Rank | Seq.# | From | To |
|---|---|---|---|---|
| Stokes, Ashley | VSC | M790 | DCO | FCU |

**84 Days Detail Effective: Sunday, August 7, 2022**

| Name | Rank | Seq.# | From | To |
|---|---|---|---|---|
| Correa, Alexi | PO | H127 | ND | Communications/TRU |
| McBride, Latasha | PO | I634 | ND | Juvenile Booking Unit |

Michael Harrison
Police Commissioner