IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

JEFFREY LILLY, *et al.*,

    Plaintiffs,

vs.

BALTIMORE POLICE DEPARTMENT, *et al.*,

    Defendants

Civ. No.: 1:22-cv-02752-BAH

## **ORDER**

Having carefully reviewed and considered Plaintiffs' Consented to Motion to Clarify the Scheduling Order, the Motion is hereby GRANTED.

It is further ordered that Plaintiffs' Oppositions to the Defendants' Motions for Summary Judgment are due on or before February 17, 2025.

It is further ordered that any response any Defendant may wish to file to Plaintiffs' Opposition to Summary Judgment will be due on or before March 19, 2025.

It is this __27__ day of __January__, 2025, so ORDERED.

                                                /s/
                                                Brendan A. Hurson
                                                United States District Judge