IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |
|---|---|
| JEFFREY LILLY, *et al.,* | |
| Plaintiffs, | |
| vs. | C.A. No.: 1:22-cv-02752-BAH |
| BALTIMORE POLICE DEPARTMENT, *et al.,* | |
| Defendants | |

### **Plaintiffs' List of Exhibits**

| | |
|---|---|
| Exhibit 1 | Puppy Purchase Agreement and Related Documents |
| Exhibit 2 | October 20, 2022 email to James and Lakeshia Blue |
| Exhibit 3 | DocuSigned Limited Partnership Agreement |
| Exhibit 4 | October 18, 2020 email to James Blue with executed LPA |
| Exhibit 5 | Summer 2021 Contract for the Purchase of Storm |
| Exhibit 6 | Lakeshia Blue Deposition Transcript |
| Exhibit 7 | Text messages between Lakeshia Blue and Raquel Lilly |
| Exhibit 8 | Text messages between Lakeshia Blue and Jeffrey Lilly |
| Exhibit 9 | January 26, 2022 text message from Jeffrey Lilly to Lakeshia Blue |
| Exhibit 10 | Jeffrey Lilly text messages with Jadan Blue |
| Exhibit 11 | Jeffrey Lilly text message with contract to Robert Smith and Lakeshia Blue |
| Exhibit 12 | Delphine Smith Deposition Transcript |
| Exhibit 13 | Raquel Lilly 'so our intentions are clear' text message |
| Exhibit 14 | January 30, 2022 Baltimore County Police Report |
| Exhibit 15 | Robert Smith Deposition Transcript |
| Exhibit 16 | Robert Smith message to Deputy Commissioner Briscoe |

| | |
|---|---|
| Exhibit 17 | Raquel Lilly PIB Complaint |
| Exhibit 18 | February 7, 2022 Baltimore County Police Report |
| Exhibit 19 | Brian Nadeau Deposition Testimony |
| Exhibit 20 | March 8, 2022, Demand Letter |
| Exhibit 21 | PIB Activity Log for 2022-0347 |
| Exhibit 22 | Smith Family Paperwork for PIB 2022-0347 |
| Exhibit 23 | Anthony Bowling Deposition Testimony |
| Exhibit 24 | Anthony Bowling PIB Recusal Form |
| Exhibit 25 | Daniel Popp Deposition Transcript |
| Exhibit 26 | Daniel Popp April 12, 2022 email |
| Exhibit 27 | Daniel Popp April 22, 2022 email |
| Exhibit 28 | Delphine Smith's sworn criminal charges against Jeffrey Lilly |
| Exhibit 29 | Emails of Jeffrey Lilly's Criminal Summons |
| Exhibit 30 | Raquel Lilly Deposition Testimony |
| Exhibit 31 | Jeffrey Lilly Deposition Testimony |