IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFREY LILLY ET AL., | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. 22-2752-BAH |
| BALTIMORE POLICE DEPARTMENT ET AL., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the memorandum opinion issued in *Lilly et al. v. Harrison et al.*, Civ. No. 25-240-BAH, ECF 46, it is this 25th day of February, 2026, ORDERED that:

(1) Plaintiffs' motion to consolidate, ECF 80, is DENIED; and

(2) By Friday, March 13, 2026, the parties are directed to confer and submit a joint status report containing the following information:

   a. Whether the parties consent to proceed before a United States Magistrate Judge for all further proceedings, which may enable an earlier trial date;

   b. Whether the parties request that the case be referred to a United States Magistrate Judge for mediation;

   c. Whether the parties request that trial be scheduled now or after a settlement conference;

   d. If the parties request that a trial be scheduled now, an estimation of how many days trial is to last and at least two proposed trial dates when counsel and the parties are (or can be) available;

e.  Whether the parties request a conference with the Court to discuss these or any other matters; and

f.  Any other matters the parties wish to bring to the Court's attention.

                                                                    /s/
                                    Brendan A. Hurson
                                    United States District Judge