**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

|  |  |
|---|---|
| Jeffrey Lilly, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>BALTIMORE CITY POLICE<br>DEPARTMENT, *et al*.<br><br>        Defendants. | Civil Action No.: 1:22-cv-02752-BAH |

<u>**JOINT STATUS REPORT**</u>

Now come the Plaintiffs, Jeffrey Lilly and Raquel Lilly, by and through Michael Turiello, Esq. and Patrick B. Jennings, Esq., and Defendants, Lekeshia Blue, Robert Smith, and Delphine Smith, by and through Randall Craig, Esq, to submit this Joint Status Report pursuant to the Court's Order of February 25, 2026, appearing on the docket as E.C.F. No. 94. The parties report the status of this conflict and report the following:

a. The parties do not wish to proceed before a U.S. Magistrate Judge;

b. The parties do not wish to be referred to a U.S. Magistrate Judge for mediation, as they do not believe those efforts will be fruitful;

c. The parties request that a trial be scheduled at this time, as they do not believe a settlement conference will be fruitful;

d.  The parties anticipate this trial will take 3-4 days and can be available during the month of September 2026 as counsel for both parties have litigation commitments that conflict until that time;

e. The parties do not request a conference with the Court at this time; and

f. There are no additional matters pending or anticipated before this Court regarding this dispute.

In addition to the requested information above, the parties wish to inform the court that counsel have engaged in settlement discussions and that despite best efforts, the parties are at an impasse.

Respectfully submitted,


_____/s/_____
Michael Turiello, Esq. (Bar No. 30383)
Skeen Law Offices
Queen Charlotte Square
258 East High Street
Charlottesville, VA 22902
mturiello@skeenlaw.com

Patrick B. Jennings, Esq. (Bar No. 30362)
Jeffrey L. Ment, Esq.
The Ment Law Group
225 Asylum Street, 15th Floor
Hartford, CT 06103
pjennings@mentlaw.com
*Counsel for Plaintiffs*


_____/s/_____
Randal J. Craig, Esq. (Bar No. 05424)
Craig Law Group
711 Saint Paul Street
Baltimore, MD 21202
rjcraig@craiglawyers.com
*Attorney for Lekeshia Blue, Robert Smith,*
*and Delphine Smith*




**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th day of March 2026, a copy of the foregoing was served on all counsel of record, electronically, via this Court's CM/ECF e-filing system.



_____/s/_____

Michael Turiello, Esq. (Bar No. 30383)