**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

JEFFREY LILLY, *et al.*,

Plaintiffs,

v.

BALTIMORE CITY POLICE DEPARTMENT, *et al.*

Defendants.

CA No.: 1:22-cv-02752-BAH

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Jeffrey Lilly, Raquel Lilly, and Twisted Roots Kennels (collectively, "Plaintiffs") and Defendants Lekeshia Blue, Delphine Smith, and Robert Smith (collectively, "Defendants." And together with Plaintiffs, the "Parties"), by and through undersigned counsel and constituting all of the parties who remain in this action, hereby stipulate and agree to dismiss this action with prejudice. The parties further submit the following to this Honorable Court for its review and consideration.

**Dismissal with Prejudice**

This action, and each and every claim, count, and cause of action asserted or that could have been asserted in it, is dismissed with prejudice on agreement of the Parties. This includes, without limitation, Plaintiffs' remaining claims for tortious interference with a contract (Count VI), civil conspiracy for tortious interference with a contract (Count III), and conversion (Count V), together with any and all counterclaims, crossclaims, third-party claims, and defenses.

**Agreement of the Parties**

The Parties intend that this dismissal fully and finally resolves all disputes between and among them arising our of or relating to the facts, transactions, and occurrences that were or

could have been asserted in this action. Accordingly, each Party covenants and agrees not to commence, prosecute, maintain, or voluntarily assist in any new action, suit, claim, charge, complaint, or proceeding of any kind against any other Party to this action – whether in any court, before any administrative or law-enforcement body, or in any other forum – arising out of, based upon, or relating to the facts, transactions, occurrences, or claims that were or could have been asserted in this action. Each Party, on behalf of itself and its heirs, successors, assigns, agents, and representatives, hereby releases and forever discharges each other Party from all such claims, whether known or unknown that were or could have been asserted in this action. Each Party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action.

**Pending Matters**

All pending motions and other requests for relief in this action are withdrawn and terminated. The Parties respectfully request that the Clerk mark this action closed. Each party has been consulted by counsel, and authorized counsel to sign below on each Party's behalf – fully acknowledging and agreeing to the terms of this Stipulated Dismissal. A proposed order is submitted herewith for the Court's convenience and record.

<< SIGNATURES ON FOLLOWING PAGE >>

Dated: September 10, 2026

Respectfully submitted,

**FOR THE PLAINTIFFS**

*/s/ Michael J. Turiello*
Michael Turiello, Esq. (Bar No. 30383)
Skeen Law Offices
252 E. High Street
Charlottesville, VA 22902
Office: 434-293-9664
mturiello@skeenlaw.com

Patrick Jennings, Esq. (Bar No. 30362)
Jeffrey L. Ment, Esq. (*Pro Hac Vice*)
Ment Law Group
225 Asylum Street – 15th Floor
Hartford, CT 06103
pjennings@mentlaw.com
jment@mentlaw.com

*Attorneys for Plaintiffs, Jeffrey Lilly, Raquel Lilly, and Twisted Roots Kennels*

**FOR THE DEFENDANTS**

*/s/ Randall J. Craig*
Randall J. Craig, Esq (Bar No. 05424)
Craig Law Group
711 Saint Paul Street
Baltimore, MD 21202
Telephone: (410) 727-0406
Facsimile: (410) 727-0466
rjcraig2@craiglawyers.com

*Attorney for Defendants Lekeshia Blue, Robert Smith, and Delphine Smith*

**CERTIFICATE OF SERVICE**

I hereby certify that on 10th day of September 2026 a copy of the foregoing Joint Stipulation of Dismissal With Prejudice was filed and served on all counsel of record via the Court's CM/ECF system.

*/s/ Michael J. Turiello*
Michael Turiello, Esq. (#30383)
Skeen Law Offices
252 E. High Street
Charlottesville, VA 22902
Office: 434-293-9664
mturiello@skeenlaw.com