**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

Jeffrey Lilly, *et al.*,
Plaintiffs,
v.
BALTIMORE CITY POLICE DEPARTMENT, *et al.*
Defendants.

Civ. No. 22-02752-BAH

**ORDER OF DISMISSAL**

Upon the Joint Stipulation of Dismissal With Prejudice filed by the Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court being fully advised, it is this 11th day of September, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

This action is DISMISSED WITH PREJUDICE in its entirety, including all claims, counterclaims, crossclaims, and defenses asserted or that could have been asserted;

Each Party shall bear its own attorneys' fees, costs, and expenses;

All pending motions are DENIED AS MOOT; and

The Clerk is directed to CLOSE this case.

/s/
The Honorable Brendan A. Hurson, District Judge
*United States District Court for the District of Maryland*